**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6676**

_____

DEWAYNE K. HANDY, JR.; SONYA MCINTYRE-HANDY,

Plaintiffs - Appellants,

v.

YORK COUNTY SHERIFF'S DEPARTMENT; YORK COUNTY COURT; (SCICAC) ATTORNEY GENERAL,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Sherri A. Lydon, District Judge.  (0:23-cv-05363-SAL)

_____

Submitted:  January 23, 2025                              Decided:  January 28, 2025

_____

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

DeWayne K. Handy, Jr.; Sonya McIntyre-Handy, Appellants Pro Se.  Daniel C. Plyler, SMITH ROBINSON HOLLER DUBOSE & MORGAN, LLC, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeWayne K. Handy, Jr., and Sonya McIntyre-Handy appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on their 42 U.S.C. § 1983 amended complaint, in which they raised several constitutional violations centered around DeWayne Handy's May 2023 arrest.  The Handys also appeal the district court's denial of numerous postjudgment motions.  We have reviewed the record and find no reversible error in the district court's determination that Defendants were entitled to Eleventh Amendment immunity, nor do we discern any abuse of discretion in the denial of Appellants' postjudgment motions.  Accordingly, we affirm the district court's orders. *Handy v. York Cnty. Sheriff's Dep't*, No. 0:23-cv-05363-SAL (D.S.C. May 9, 2024; May 14, 2024; July 11, 2024; Sept. 26, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2